No. —, original. Ex parte Thomas K. Case. October 14, 1940. The motion for leave to file petition for writ of mandamus or prohibition is denied.

No. —, original. Ex parte Berkshire Knitting Mills. October 14, 1940. The motion for leave to file petition for writ of mandamus is denied.

No. —, original. Liske v. Bar Association of Nassau County et al. October 14, 1940. The motion for leave to file bill of complaint is denied.

No. 9, original. Arkansas v. Tennessee. October 14, 1940. Decree entered. See ante, p. 1.

No. 666, October Term, 1928. Stilz v. Bethlehem Shipbuilding Corporation. October 14, 1940. The motion for leave to file a bill of review in the District Court is denied. See 279 U. S. 834.